■ ARAMARK ENTERTAINMENT, INC., Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 109870.) [869 NYS2d 812]

Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.